IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20012
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,


versus

ROBERTO RIOJAS, JR.; DAVID CANTU; PEDRO MORENO; RAMIRO RIOJAS;
LUIS MORENO; LAZARO MORENO; IRELA YVETTE RIOJAS GONZALEZ;
MELBA RIOJAS MORENO; ROSANNA RIOJAS GUERRERO; JOSE LUIS CANTU;
EDUARDO MORENO; RENE GONZALEZ; CESAR MORENO, SR.; RENATO RIOJAS;
a/k/a Renato Riojas-Sandoval,

                              Defendants-Appellants.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-142
- - - - - - - - - -
July 11, 1997
Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Ramiro Riojas appeals from the district court's order
revoking the magistrate judge's order of release pending trial.
The district court's decision rests on its conclusion that Ramiro
Riojas presents a danger to any other person or the community and
no conditions will reasonably assure safety, and that Ramiro

_____

     [*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

Riojas presents a risk of flight and no conditions will reasonably assure his appearance as required. See 18 U.S.C. § 3142(e) and (f). The district court's conclusion that no conditions of release will assure Ramiro Riojas' appearance is supported by the record. See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992). The district court's detention order as to Ramiro Riojas is AFFIRMED.